UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 APR 17 AM 11:03

CLERK

BY _____
DEPUTY CLERK

Wilma Patricia Parra

Plaintiff(s)

vs.

Civil Action No: 2:23-CV-70

World Learning, Inc.

Defendant(s)

### APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff moves this Court for an order permitting her to file this action *in forma pauperis* without prepayment of fees and costs or security therefore because as the attached affidavit indicates, she is unable to pay such costs or give security therefore.

Dated at Burlington, Vermont, this 17th day of April, 2023.

Evan Barquist, Esq.
Montroll, Oettinger & Barquist, P.C.
126 College St. Suite 400
Burlington, VT 05401
Telephone: (802) 540-0250
Facsimile: (802) 540-0263
Email: ebarquist@mblawoffice.com

Attorneys for Plaintiff

(Rev. 3/12)